UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
FEB X 7 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| TALITO AMOS, a/k/a "Scoot," ) | |
| CARLOS AMOS, a/k/a "LosBandz," ) | |
| XAVIER AMOS, ) | **4:24-CR53-MTS/SRW** |
| JOHN FORD, ) | |
| NOREY AMOS, ) | |
| JAYVAUGHN TAYLOR, ) | |
| MICHELLE HARRIS, ) | |
| IESHIA ADDISON ) | |
|     Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at an unknown date and continuing for a period of time, including September 1, 2023, and continuing up to the date of this Indictment, with exact dates unknown, within the Eastern District of Missouri and elsewhere,

**TALITO AMOS, a/k/a "SCOOT," CARLOS AMOS, a/k/a "LOS BANDZ," XAVIER AMOS, and JOHN FORD**

the Defendants herein, and others known and unknown, did knowingly and intentionally conspire, confederate, combine, and agree to distribute and to possess, with the intent to distribute controlled substances, including fentanyl and methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a).

Quantity of Controlled Substance Involved in the Conspiracy

1. With respect to defendant **TALITO AMOS, a/k/a "Scoot,"** the amount of controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine, and forty grams or more of a mixture or substance containing a detectable amount of fentanyl, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B).

2. With respect to defendant **CARLOS AMOS, a/k/a "Los Bandz,"** the amount of controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine, and forty grams or more of a mixture or substance containing a detectable amount of fentanyl, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B).

3. With respect to defendant **XAVIER AMOS,** the amount of controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine, and forty grams or more of a mixture or substance containing a detectable amount of fentanyl, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B).

4. With respect to defendant **JOHN FORD**, the amount of controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B).

## COUNT TWO

The Grand Jury further charges that:

On or about September 19, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**NOREY AMOS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about October 25, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**CARLOS AMOS, a/k/a "LosBandz" and JOHN FORD,**

the Defendants herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing fifty grams or more of a detectable amount of methamphetamine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 25, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**CARLOS AMOS, a/k/a "LosBandz" and JOHN FORD,**

the Defendants herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT FIVE

The Grand Jury further charges that:

On or about November 2, 2023, in St. Louis County, within the Eastern District of Missouri,

**IESHIA ADDISON,**

the Defendant herein and others unknown to the Grand Jury, aiding and abetting each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT SIX

The Grand Jury further charges that:

On or about December 6, 2023, in St. Louis County, within the Eastern District of Missouri,

**TALITO AMOS, a/k/a "Scoot",**

the Defendant herein, and others unknown to the Grand Jury, aiding and abetting each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl and a mixture or substance containing a detectable amount methamphetamine, Schedule II controlled substance drugs.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT SEVEN

The Grand Jury further charges that:

On or about December 7, 2023, in St. Louis County, within the Eastern District of Missouri,

**TALITO AMOS, a/k/a "Scoot",**

the Defendant herein, and others unknown to the Grand Jury, aiding and abetting each other, did knowingly and intentionally distribute a mixture or substance containing fifty grams or more of a detectable amount of methamphetamine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(B).

## COUNT EIGHT

The Grand Jury further charges that:

On or about January 11, 2024, in St. Louis County, within the Eastern District of Missouri,

### XAVIER AMOS,

the Defendant herein, and others unknown to the Grand Jury, aiding and abetting each other, did knowingly and intentionally distribute a mixture or substance containing fifty grams or more of a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of fentanyl, Schedule II controlled substance drugs.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(B).

## COUNT NINE

The Grand Jury further charges that:

On or about January 23, 2024, in St. Louis County, within the Eastern District of Missouri,

### TALITO AMOS, a/k/a "SCOOT",

the Defendant herein did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT TEN

The Grand Jury further charges that:

On or about January 23, 2024, in St. Louis County, within the Eastern District of Missouri,

**TALITO AMOS, a/k/a "SCOOT", NOREY AMOS, and JAYVAUGHN TAYLOR**

the Defendants herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing forty grams or more of a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B).

## COUNT ELEVEN

The Grand Jury further charges that:

On or about January 23, 2024, in St. Louis County, within the Eastern District of Missouri,

**TALITO AMOS, a/k/a "SCOOT", NOREY AMOS, and JAYVAUGHN TAYLOR**

the Defendants herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT TWELVE

The Grand Jury further charges that:

On or about January 23, 2024, in St. Louis County, within the Eastern District of Missouri,

**TALITO AMOS, a/k/a "SCOOT",**

the Defendant herein, did knowingly possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, distribution and possession with the intent to distribute one or more controlled substances as set forth in Counts Nine, Ten and Eleven.

In violation of Title 18, United States Code, 924(c)(1).

## COUNT THIRTEEN

The Grand Jury further charges that:

Beginning at an unknown date and continuing for a period of time, including September 1, 2023, and continuing up to January 23, 2024, with exact dates unknown, in St. Louis County, within the Eastern District of Missouri,

**MICHELLE HARRIS,**

the Defendant herein, aiding and abetting others, did unlawfully and knowingly manage and control 12025 Castilon Ave. as lessee and occupant, and did knowingly and intentionally make available for use said place for the purpose of unlawfully storing a controlled substance, in violation of Title 21, United States Code, Section 856(a)(2) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 846, as set forth in Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven, the defendants shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

2. Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations set forth in Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven.

3. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) as set forth in Count Twelve, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used or intended to be used in said violations.

4. Specific property subject to forfeiture includes, but is not limited to, the following:

a. Approximately $1,937.00 U.S. Currency;
b. Approximately $1,901.00 U.S. Currency;
c. American Tactical Imports, Omni Hybrid, 5.56 mm semi-automatic pistol, SN: NS364739
d. Romar/Cugir, Micro Draco, 7.62x39mm, SN: ROA 23 PMD-40157;
e. SCCY, CPX2, 9mm, SN 762073

5. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorney